546

**FILED**

MAR 03 2026

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 26- U3 |
| | ) | |
| v. | ) | (18 U.S.C. § 922(g)(1)) |
| | ) | |
| DAVION XAVIER THOMPSON | ) | **[UNDER SEAL]** |

## INDICTMENT

## COUNT ONE

The grand jury charges:

On or about January 23, 2026, in the Western District of Pennsylvania, the defendant, DAVION XAVIER THOMPSON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely:

1. Firearm Not To Be Carried Without a License on or about January 3, 2023, in the Court of Common Pleas of Allegheny County, Commonwealth of Pennsylvania, at Docket Number CP-02-CR-0004648-2022; and

2. Possession of Firearm Prohibited, on or about January 3, 2023, in the Court of Common Pleas of Allegheny County, Commonwealth of Pennsylvania, at Docket Number CP-02-CR-0004648-2022,

knowingly possessed, in and affecting interstate and foreign commerce, ammunition, to wit: 9 mm ammunition recovered from a privately made firearm.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The United States hereby gives notice to the defendant charged in Count One that, upon his conviction of such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), which requires any person convicted of such offense to forfeit to the United States of America any and all firearms and ammunition involved in and used in the knowing commission of the offense, including, but not limited to: one green and black Glock-style privately made firearm with no serial number equipped with a machinegun conversion device, one extended magazine, and 9 mm ammunition.

A True Bill,

_____
FOREPERSON

_____
TROY RIVETTI
United States Attorney
PA ID No. 56816

_____
KELLY M. LOCHER
Assistant United States Attorney
PA ID No. 322400